IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IBUKUN OLOWA WASHINGTON, § <br> #1941101 § <br>             Plaintiff, § <br> § <br> v. § <br> § <br> MICHAEL R. MACKEY, Warden, et al., § <br>             Defendants. § | CIVIL CASE NO. 3:16-CV-1374-M-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion for a Preliminary Injunction and Temporary Restraining Order* is **DENIED**.

SO ORDERED this 11 day of July, 2016.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE