IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IBUKUN OLOWA WASHINGTON,<br>　　Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:16-CV-1374-M |
| MICHAEL MACKEY, et al.,<br>　　Defendants. | § § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *"Second" Motion for Temporary Restraining Order and Preliminary Injunction*, Doc. 74, is DENIED.

**SO ORDERED** this 18th day of December, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE