IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IBUKUN OLOWA WASHINGTON, §<br>  PLAINTIFF, § <br> § <br> v. § <br> § <br> MICHAEL MACKEY, ET AL., § <br>  DEFENDANTS. § | CASE NO. 3:16-CV-1374-M-BK |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

*Defendants Mackey, Garza, Madyun, and Garza's Motion to Dismiss Plaintiff's Second Amended Complaint*, Doc. 50, is **GRANTED**, and all claims against them are **DISMISSED WITH PREJUDICE**. Washington's claims against the remaining Defendants are **SUMMARILY DISMISSED**. Washington's *Motion for Partial Summary Judgement*, Doc. 54, is **DENIED** as moot. Washington's *Motion for Leave to File Third Amended Complaint*, Doc. 45, is **DENIED** as futile.

**SO ORDERED** this 27th day of February, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE